## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:03CR3015** |
| vs. | |
| JOSE GUADALUPE MEZA, | **RELEASE ORDER** |
| Defendant. | |

The defendant is released subject to the following:

1)      The defendant shall appear at his revocation hearing scheduled for December 14, 2016 at  12:00 p.m. (noon)

2)      The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

September 27, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge