# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:03CR3015 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JOSE GUADALUPE MEZA, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's unopposed motion to dismiss the Petition for Offender Under Supervision (filing no. 85) is granted. The May 2, 2017 revocation hearing is canceled.

Dated May 1, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge